1460

**RECONSIDERATION DOCKET**

**96–221.   State v. Gillard.**
Stark App. No. 95CA0257.   Reported at 78 Ohio St.3d 548, 679 N.E.2d 276.   On motion for

reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.